UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC WALLACE HEDRICK,<br><br>Defendant. | CR 19-40051<br><br>REDACTED INDICTMENT<br><br>Receipt of Child Pornography<br><br>18 U.S.C. §§ 2252A(a)(2)(A), 2252A(b)(1), and 2253 |

The Grand Jury charges:

On or about between December 28, 2018, and May 28, 2019, in the District of South Dakota and elsewhere, the Defendant, Eric Wallace Hedrick, did knowingly receive and attempt to receive, any child pornography, as defined in 18 U.S.C. § 2256(8), that had been mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer, all in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1).

**FORFEITURE ALLEGATION**

1.  The allegations contained in this Indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to 18 U.S.C. § 2253.

2.  If convicted of an offense set forth above, Eric Wallace Hedrick, the Defendant herein, shall forfeit to the United States any and all materials or property used or intended to be used in the possession, receipt, distribution and

production of child pornography. Such property includes, but is not limited to:

1. Samsung Galaxy S9 cell phone, with Android ID number e14afd3593bd8e11;

2. Samsung Galaxy S7 cell phone; and

3. Samsung tablet, model SM-T280.

A TRUE BILL:

"REDACTED"

_____
Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By [signature]